(July 14, 2017)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SCOTT M. DAVIS, on Behalf of DARRELL BEATTY, Petitioner, v JAMES PONTE, as Commissioner of the New York City Department of Correction, Respondent. [55 NYS3d 674]—Writ of habeas corpus in the nature of an application to release Darrell Beatty from the custody of the New York City Department of Correction.

Adjudged that the writ is sustained, without costs or disbursements; and it is further,

Ordered that the respondent is directed to immediately release the detainee, Darrell Beatty, upon service upon him, or his representative, of a certified copy of this decision, order and judgment. Balkin, J.P., Miller, Maltese and Connolly, JJ., concur.